FILED

09/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0124

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0124

_____

REBECCA ABRAHAM, individually and
MITCHELL BRISTOW, individually, and on
behalf of those similarly situated,

     Plaintiffs and Appellants,

  v.

MICHAEL and SHARON O'BRIEN, d/b/a MICK
O'BRIEN USED CARE AND TRUCK CENTER
and HULL & SWINGLEY,

     Defendants and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert J. Whelan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 2 2020